**No. 11-7096. Sandra Sutton, Petitioner v. Merit Systems Protection Board.**

565 U.S. 1084, 132 S. Ct. 837, 181 L. Ed. 2d 536, 2011 U.S. LEXIS 8796, ██

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 414 Fed. Appx. 272.

**No. 11-7099. Dorminic M. Thomas, Petitioner v. United States.**

565 U.S. 1084, 132 S. Ct. 827, 181 L. Ed. 2d 536, 2011 U.S. LEXIS 8760.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7104. Berry Carr, Petitioner v. United States.**

565 U.S. 1084, 132 S. Ct. 827, 181 L. Ed. 2d 536, 2011 U.S. LEXIS 8672.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 652 F.3d 811.

**No. 11-7112. Kim Davis Beckstrom, Petitioner v. United States.**

565 U.S. 1084, 132 S. Ct. 827, 181 L. Ed. 2d 536, 2011 U.S. LEXIS 8744.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 647 F.3d 1012.

**No. 11-7113. Willard Mial Crews, Petitioner v. United States.**

565 U.S. 1084, 132 S. Ct. 838, 181 L. Ed. 2d 536, 2011 U.S. LEXIS 8687.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 443 Fed. Appx. 834.

**No. 11-7115. Daniel Reyes-Alfonso, Petitioner v. United States.**

565 U.S. 1085, 132 S. Ct. 828, 181 L. Ed. 2d 536, 2011 U.S. LEXIS 8738.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 653 F.3d 1137.

**No. 11-7117. Adolphus Dixon, Petitioner v. United States.**

565 U.S. 1085, 132 S. Ct. 828, 181 L. Ed. 2d 536, 2011 U.S. LEXIS 8722.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 401 Fed. Appx. 491.

**No. 11-7118. Leon Devon Dizzley, Petitioner v. United States.**

565 U.S. 1085, 132 S. Ct. 828, 181 L. Ed. 2d 536, 2011 U.S. LEXIS 8757.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 434 Fed. Appx. 227.